# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AIG LIFE INSURANCE COMPANY, | ) | 1:07-cv-01302 AWI GSA |
| | ) | |
| | ) | ORDER REGARDING REQUEST FOR |
| Plaintiff, | ) | CONTINUANCE OF SCHEDULING |
| | ) | CONFERENCE |
| v. | ) | |
| | ) | (Document 11) |
| LAUREN CURUTCHET; MICHELLE TALLEY, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

    Plaintiff filed the instant interpleader action on September 7, 2007.  The Court set an Initial Scheduling Conference in this matter on November 15, 2007.  On October 30, 2007, Plaintiff filed a report of case status in lieu of a Federal Rule of Civil Procedure 26(f) joint report. (Document 10).  In addition to the case status report, Plaintiff requested a continuance of the November 17, 2007, scheduling conference to effectuate service of the Complaint in this matter and to allow time for the defendants to prepare for and participate in the scheduling conference following such service.  Plaintiff also requested that its counsel, which is located in Los Angeles, California, be permitted to make a telephonic appearance at the scheduling conference to reduce its costs and fees in this matter.

    Good cause appearing therefor, Plaintiff's request for a continuance of the Initial Scheduling Conference is GRANTED.  The Initial Scheduling Conference set for November 15,

1  2007, is CONTINUED to January 16, 2008, at 9:00 a.m. If the parties are unable to attend the
2  scheduling conference on the appointed date, they are directed to contact the courtroom clerk at
3  (559) 499-5962. Plaintiff's counsel is granted leave to make a telephonic appearance at the
4  scheduling conference.
5      Plaintiff also is directed to serve a copy of this Order on defendants forthwith.

7     IT IS SO ORDERED.
8     **Dated:   November 1, 2007**                    **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE