LODGED **FILED**

MAR 2 6 2008      MAR 2 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| AIG LIFE INSURANCE COMPANY,<br><br>Plaintiff<br><br>vs.<br><br>LAUREN CURUTCHET; MICHELLE TALLEY,<br><br>Defendants. | CASE NO. 07-CV-01302-AWI-NEW (GSA)<br><br>~~[PROPOSED]~~ ORDER RE DISCHARGE AND DISMISSAL OF AIG LIFE INSURANCE COMPANY |

The parties having stipulated and good cause appearing therefor, IT IS ORDERED THAT Plaintiff AIG Life Insurance Company be discharged and released in accordance with the terms of the above stipulation.

IT IS FURTHER ORDERED THAT the Clerk shall issue payment out of the interpleaded funds of the sum of $4,500 to AIG Life Insurance Company. The check shall be made payable to "AIG Life Insurance Company" and mailed to its attorneys: Keiko J. Kojima, Burke, Williams & Sorensen LLP, 444 S. Flower Street, Los Angeles, California 90071.

Dated: 3-27-08

_____
United States District Court Judge

LA #4835-6461-3378 v1

1

CASE NO. 07-CV-01302-AWI-NEW (GSA)
[PROPOSED] ORDER RE DISCHARGE AND
DISMISSAL OF AIG LIFE INSURANCE...

TOTAL P.01