RICHARD L. ANTOGNINI (SBN 075711)
**LAW OFFICES OF RICHARD L. ANTOGNINI**
2831 Southcreek Drive
Lincoln, California 95648-8284
Telephone:    (916) 645-7278
Facsimile:    (916) 290-0539
E-Mail:       rlalawyer@yahoo.com

Attorneys for Defendant
LAUREN CURUTCHET

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| AIG LIFE INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>vs.<br><br>LAUREN CURUTCHET, MICHELLE TALLEY,<br><br>     Defendants. | Case No.:  1:07-CV—1302-AWI-GSA<br><br>**STIPULATION AND ORDER RE SETTLEMENT** |

      Defendants LAUREN CURUTCHET (or "Curutchet") and MICHELLE TALLEY (or "Talley") settled this matter on December 2, 2008 before Magistrate Judge Gary Austin. The terms of the settlement were read into the record. The parties stipulate that the terms are:

      1.     21 percent (21%) of the policy proceeds now held in the Court's bank account, plus 21 percent (21%) of accumulated interest, shall be paid to Curutchet. The check shall be sent to Curutchet at her home address, which is 4047 Eastwood Village Lane, Carmichael, California 95608.

      2.     Nine percent (9%) of the policy proceeds now held in the Court's bank account, plus 9 percent (9%) of accumulated interest, shall be paid to Richard L. Antognini, counsel for Curutchet. The check shall be sent to Richard L. Antognini at his office address, which 2831 Southcreek Drive, Lincoln, California 95648-8284.

3.	70 percent (70%) of the policy proceeds now held in the Court's bank account, plus 70 percent (70%) of accumulated interest, shall be paid to Talley.  The check shall be sent to Talley at her home address, which is 2130 Cortina Corte, Chowchilla, California  93610.

Dated: December 10, 2008	LAW OFFICES OF RICHARD L. ANTOGNINI

	By:	/s/ Richard L. Antognini
		Richard L. Antognini
		Attorneys for Defendant
		LAUREN CURUTCHET

DATED:  December 10, 2008	ALLEN, PROIETTI & FAGALDE, LLP
	SUSAN L. ALBERTONI

	By:	/S/ Susan L. Albertoni
		SUSAN L. ALBERTONI

		Attorneys for Defendant
		MICHELLE TALLEY


ORDER

Pursuant to the Stipulation of the parties and the December 2, 2008 settlement, IT IS ORDERED:

1.	21 percent (21%) of the policy proceeds now held in the Court's bank account, plus 21 percent (21%) of accumulated interest, shall be paid to defendant Curutchet.  The check shall be sent to Curutchet at her home address, which is 4047 Eastwood Village Lane, Carmichael, California 95608.

2.	Nine percent (9%) of the policy proceeds now held in the Court's bank account, plus 9 percent (9%) of accumulated interest, shall be paid to Richard L. Antognini, counsel for defendant Curutchet.  The check shall be sent to Richard L. Antognini at his office address, which is 2831 Southcreek Drive, Lincoln, California 95648-8284.

3.	70 percent (70%) of the policy proceeds now held in the Court's bank account, plus 70 percent (70%) of accumulated interest, shall be paid to defendant Talley.  The check shall be sent

to Talley at her home address, which is 2130 Chowchilla, California, 93610.


IT IS SO ORDERED.

**Dated:     December 13, 2008**              /s/ **Anthony W. Ishii**
                              CHIEF UNITED STATES DISTRICT JUDGE